**COM.**

**v.**

**HERNANDEZ, B.**

**3143 EDA 2015**

Superior Court of Pennsylvania.

09/28/2017

MC–51–CR–0047176–2012 (Philadelphia)

Affirmed

**ZHURAW, M.**

**v.**

**CHALONER, K.**

**348 EDA 2016**

Superior Court of Pennsylvania.

09/28/2017

No. 1509–V–7823
(Philadelphia)

Quashed

**WEEKS, M.**

**v.**

**G & E REAL ESTATE
MANAGEMENT
SERVICES**

**2355 EDA 2016**

Superior Court of Pennsylvania.

09/28/2017

Reargument Denied 12/7/2017

1957 July Term, 2014
(Philadelphia)

Affirmed

**COM.**

**v.**

**JOHNSON, M.**

**3677 EDA 2016**

Superior Court of Pennsylvania.

09/28/2017

CP–51–CR–0001854–2014 (Philadelphia)

Affirmed